934 A.2d 686

**Leopold MALDONADO and Jorge Mercado, Respondents**

v.

**Tairi PROFIT, Petitioner.**

**No. 111 EM 2007.**

Supreme Court of Pennsylvania.

Sept. 11, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 11th day of September, 2007, the Application for Relief is denied.